**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael MONTES DE OCA,**
**Defendant–Appellant.**

**No. 03–41235.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, Houston, TX, Mark Michael Dowd, Brownsville, TX, for Plaintiff–Appellee.

Ricardo Marcos Adobbati, Law Office of Ricardo M. Adobbati, Brownsville, TX, for Defendant–Appellant.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Rafael Montes de Oca appeals his guilty plea conviction for possession with the intent to distribute more than 5 grams of cocaine base (crack cocaine). He argues that the sentencing provision of 21 U.S.C. § 841(b)(1)(B) is unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 490, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Montes de Oca concedes that his argument is foreclosed by our opinion in *United States v. Slaughter,* 238 F.3d 580, 581–82 (5th Cir.2000). He raises the issue only to preserve it for Supreme Court review.

A panel of this court cannot overrule a prior panel's decision in the absence of an intervening contrary or superseding decision by this court sitting en banc or by the United States Supreme Court. *Burge v. Parish of St. Tammany,* 187 F.3d 452, 466 (5th Cir.1999). No such decision overruling *Slaughter* exists. Accordingly, Montes de Oca's argument is foreclosed, and the judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.